**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LISA A. NICHOLS

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:10-23699 TPA

Document No.:

### TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/21/2010 and confirmed on 08/23/2010 . The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 48,780.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 48,780.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,300.00 | |
| Trustee Fee | 1,296.84 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,596.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| CITIMORTGAGE(*) | 0.00 | 27,592.48 | 0.00 | 27,592.48 |
| Acct: XXXXXXXXXX6/10 | | | | |
| CITIMORTGAGE(*) | 0.00 | 9,570.63 | 0.00 | 9,570.63 |
| Acct: XXXXXXXXXX6/10 | | | | |
| CITIMORTGAGE(*) | 233.43 | 233.43 | 0.00 | 233.43 |
| Acct: XXXXXXXXXX5/10 | | | | |
| CITIMORTGAGE(*) | 672.87 | 672.87 | 0.00 | 672.87 |
| Acct: XXXXXXXXXX5/10 | | | | |
| | | | | 38,069.41 |
| Priority | | | | |
| CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LISA A. NICHOLS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,300.00 | 2,300.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| ECAST SETTLEMENT CORP | 573.43 | 38.24 | 0.00 | 38.24 |
| Acct: 0020 | | | | |
| EAST BAY FUNDING | 19,466.55 | 1,298.12 | 0.00 | 1,298.12 |
| Acct: 3534 | | | | |
| EAST BAY FUNDING | 8,939.56 | 596.13 | 0.00 | 596.13 |
| Acct: 8448 | | | | |
| EAST BAY FUNDING | 15,725.53 | 1,048.64 | 0.00 | 1,048.64 |
| Acct: 0211 | | | | |
| ECAST SETTLEMENT CORP | 20,432.45 | 1,362.53 | 0.00 | 1,362.53 |
| Acct: 1261 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7083 | | | | |
| DISCOVER BANK(*) | 10,475.44 | 698.55 | 0.00 | 698.55 |
| Acct: 3945 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,417.07 | 94.49 | 0.00 | 94.49 |
| Acct: 1085 | | | | |
| KAUFMANNS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2311 | | | | |
| CHASE BANK USA NA | 1,085.19 | 72.36 | 0.00 | 72.36 |
| Acct: 4697 | | | | |
| MACY'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9859 | | | | |
| BANK OF AMERICA** | 4,759.24 | 317.37 | 0.00 | 317.37 |
| Acct: 1093 | | | | |
| FIA CARD SVCS AKA BANK OF AMER | 3,378.62 | 225.30 | 0.00 | 225.30 |
| Acct: XXX1262 | | | | |
| ECAST SETTLEMENT CORP | 11,111.87 | 740.99 | 0.00 | 740.99 |
| Acct: XXXXX7229 | | | | |
| SEARS/CITI CARD USA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7127 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 723.88 | 48.27 | 0.00 | 48.27 |
| Acct: 4349 | | | | |
| DEPARTMENT STORES NATIONAL BNK | 7,256.95 | 483.93 | 0.00 | 483.93 |
| Acct: 9012 | | | | |
| DEPARTMENT STORES NATIONAL BANK/M | 1,332.01 | 88.83 | 0.00 | 88.83 |
| Acct: 9075 | | | | |
| | | | | 7,113.75 |

TOTAL PAID TO CREDITORS                                                                                         45,183.16

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 906.30 |
| UNSECURED | 106.677.79 |

    **Wherefore** the trustee requests a final decree be entered which discharges the trustee and her surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

Date: 10/28/2013

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com